IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT P. BENYAMINI,

        Plaintiff,                     No. 2:09-cv-0528 JFM (PC)

    vs.

ALEX LIOU, et al.,

        Defendants.              <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to respond to the February 25, 2009 Order Re Consent or Request for Reassignment. Good cause appearing, the request for extension of time will be granted.

        Plaintiff has also requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

1

1       In accordance with the above, IT IS HEREBY ORDERED that:

2       1. Plaintiff's March 6, 2009 motion for an extension of time is granted;

3       2. Plaintiff is granted thirty days from the date of this order in which to file his response to the February 25, 2009 order regarding consent or request for reassignment; and

      3. Plaintiff's March 6, 2009 request for appointment of counsel is denied.

DATED: March 12, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12/md
beny0528.36